IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHF TECHNOLOGIES, INC., | No. C 04-05317 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CHASE MEDICAL, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 30, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 31, 2006.

DESIGNATION OF EXPERTS:  Pltf. 4/30/06;  Deft. 5/31/05. REBUTTAL: June 14, 2006
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 15, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

    Opp. Due October 27, 2006;  Reply Due November 3, 2006;

     and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 23, 2007 at 3:30 PM.

JURY TRIAL DATE: February 5, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
see attached schedule

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/27/05

SUSAN ILLSTON
United States District Judge