RONALD F. LOPEZ, CA BAR NO. 111756
LORINDA B. HARRIS, CA BAR NO. 176641
**THELEN REID & PRIEST LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

ROBERT E. KREBS, CA BAR NO. 57526
**THELEN REID & PRIEST LLP**
225 West San Carlos Street, Suite 1200
San Jose, CA 95113
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHF TECHNOLOGIES, INC. and ENDOSCOPIC TECHNOLOGIES, INC., Plaintiffs, vs. CHASE MEDICAL, INC., Defendant. | Civil Action No.: C 04-05317 SI  The Honorable Susan Illston  **STIPULATION AND PROPOSED ORDER DISMISSING WITHOUT PREJUDICE (I) PLAINTIFFS' DECLARATORY JUDGMENT CLAIM; AND (II) PLAINTIFF CHF TECHNOLOGIES, INC.** |

WHEREAS, on December 15, 2004, plaintiffs CHFT Technologies, Inc. ("CHFT") and Endoscopic Technologies, Inc. ("Estech") commenced this action, alleging that defendant Chase Medical, Inc. ("Chase Medical") has infringed U.S. Patent No. 6,309,349 (the "'349 Patent");

WHEREAS, CHFT and Estech also are seeking in this action a declaratory judgment of non-infringement, invalidity and unenforceability relating to U.S. Patent No. 6,681,773 (the "'773 Patent");

///

///

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #965419 v1

-1-

STIPULATION AND PROPOSED ORDER DISMISSING WITHOUT PREJUDICE (I) PLAINTIFFS' DECLARATORY JUDGMENT CLAIM; AND (II) PLAINTIFF CHF TECHNOLOGIES, INC.

1  WHEREAS, the parties have agreed to litigate all claims relating to the '773 Patent in the action commenced by Chase Medical in Texas Federal Court, captioned *Chase Medical v. CHFT and Estech*, Case No. 304 CV 2570 M; and

WHEREAS, the parties have agreed that CHFT should be dismissed without prejudice from this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, and it is SO ORDERED by the Court, as follows:

1. Count One of plaintiffs' complaint, which sets forth a declaratory judgment claim relating to the '773 Patent, is dismissed without prejudice; and

2. CHFT is dismissed from this action without prejudice.


By: /s/ Lorinda B. Harris
Lorinda B. Harris
Thelen, Reid & Priest, LLP

and

Marc S. Friedman
Philip Braginsky
Marc D. Youngelson
Sills Cummis Epstein & Gross P.C.

Attorneys for Plaintiffs

By: /s/ Neil A. Smith
Neil A. Smith
Sheppard Mullin Richter
   & Hampton LLP

and

Ryan T. Beard
Meyertons, Hood, Kivlin, Kowert
   & Goetzel, P.C.

Attorneys for Defendant

IT IS SO ORDERED:

Dated: July ___, 2005

APPROVED
Judge Susan Illston

SF #965419 v1