SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947
E-mail:         nsmith@sheppardmullin.com

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
ERIC B. MEYERTONS (Pro Hac Vice)
DWAYNE K. GOETZEL (Pro Hac Vice)
RYAN T. BEARD (Pro Hac Vice)
700 Lavaca, Suite 800
Austin, Texas 78701
Telephone:   512-853-8800
Facsimile:    512-853-8801

Attorneys for Defendant
CHASE MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHF TECHNOLOGIES, INC. and ENDOSCOPIC TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHASE MEDICAL, INC., <br><br> Defendant. | Case No. C 04 5317 SI <br><br> SUBSTITUTION OF COUNSEL |

| | |
|---|---|
| 1 | TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES: |

Defendants Chase Medical, Inc. hereby substitutes Neil A. Smith, Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, Seventeenth Floor, San Francisco, California 94111-4106, telephone number (415) 434-9100, facsimile number (415) 434-3947, e-mail nsmith@sheppardmullin.com, as its counsel of record in the above-captioned action in place of Howard, Rice, Nemerovski, Canady, Falk & Rabin, A Professional Corporation.

WE CONSENT TO THE ABOVE SUBSTITUTION:

DATED: July ___, 2005.                                CHASE MEDICAL, INC.

                                                      By: _____

WE CONSENT TO THE ABOVE SUBSTITUTION:

DATED: July 21, 2005.                                 HOWARD, RICE, NEMEROVSKI,
                                                      CANADY, FALK & RABIN
                                                      A Professional Corporation

                                                      By: _____

WE ACCEPT THE ABOVE SUBSTITUTION:

DATED: July 20, 2005.                                 Neil A. Smith
                                                      SHEPPARD MULLIN RICHTER &
                                                      HAMPTON LLP

                                                      By: _____

W02-SF:5GC\61461150.1                    -2-

Case 3:04-cv-05317-SI   Document 83   Filed 08/08/05   Page 3 of 3

JUL-07-2005 THU 01:39 PM MHKKG                FAX NO. 512 853 8801              P. 03
JUL-01-05 04:07PM   FROM-HOWARD,RICE,ET AL (415)217-5910   +14152175910   T-099 P.05/06 F-527

TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

Defendants Chase Medical, Inc. hereby substitutes Neil A. Smith, Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center 17th Floor, San Francisco, California 94111, phone number (415) 774-3239, fascimile number (415) 403-6084, as its counsel of record in the above-captioned action in place of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation.

WE CONSENT TO THE ABOVE SUBSTITUTION:

DATED: July 7, 2005.          CHASE MEDICAL, INC.

                              By: _____

WE CONSENT TO THE ABOVE SUBSTITUTION:

Dated: July ___, 2005.        HOWARD, RICE, NEMEROVSKI, CANADY,
                                    FALK & RABIN
                              A Professional Corporation

                              By: _____

WE ACCEPT THE ABOVE SUBSTITUTION:

Dated: July ___, 2005.        NEIL A. SMITH
                              SHEPPARD MULLIN RICHTER
                                  & HAMPTON LLP

                              By: _____
                                  NEIL A. SMITH

*GRANTED — Judge Susan Illston, United States District Court, Northern District of California*

SUBSTITUTION OF COUNSEL                                    C 04 5317 SI
-1-