RONALD F. LOPEZ, CA BAR NO. 111756
LORINDA B. HARRIS, CA BAR NO. 176641
**THELEN REID & PRIEST LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

ROBERT E. KREBS, CA BAR NO. 57526
**THELEN REID & PRIEST LLP**
225 West San Carlos Street, Suite 1200
San Jose, CA 95113
Tel. 408.292.5800
Fax 408.287.8040

MARC S. FRIEDMAN
PHILIP BRAGINSKY
**SILLS CUMMIS EPSTEIN & GROSS PC**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Attorneys for Plaintiffs
CHF TECHNOLOGIES, INC. and
ENDOSCOPIC TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHF TECHNOLOGIES, INC. and ENDOSCOPIC TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHASE MEDICAL, INC., <br><br> Defendant. | Case No.: C 04-05317 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM OCTOBER 14, 2005 TO DECEMBER 2, 2005** |

## STIPULATION

A Case Management Conference is currently set for Friday, October 14, 2005 at 2:30 p.m. in Courtroom 10 before the Honorable Susan Illston. Plaintiff Endoscopic Technologies, Inc. and defendant Chase Medical, Inc. (jointly, "the Parties") hereby agree and request that the October 14, 2005 Case Management Conference be continued to Friday, December 2, 2005 at 2:30 p.m.

THEREFORE, IT IS SO STIPULATED by the Parties that the October 14, 2005 Case Management Conference be continued to December 2, 2005 at 2:30 p.m.

Dated: October 10, 2005         Respectfully submitted,

_____/s/ Lorinda B. Harris_____
Lorinda B. Harris
THELEN REID & PRIEST LLP

Marc S. Friedman
Philip Braginsky
Marc D. Youngelson
SILLS CUMMIS EPSTEIN & GROSS PC

Attorneys for Plaintiffs
CHF TECHNOLOGIES, INC. and
ENDOSCOPIC TECHNOLOGIES, INC.

Dated: October 10, 2005

_____/s/ Ryan T. Beard_____
Ryan T. Beard
Eric B. Meyertons
Dwayne K. Goetzel
MEYERTONS, HOOD, KIVLIN
   KOWERT & GOETZEL, P.C.

Attorneys for Defendant
CHASE MEDICAL, INC.

## ORDER

IT IS SO ORDERED, that the Case Management Conference in Civil Action No. C 04-05317, currently set for Friday, October 14, 2005 at 2:30 p.m., be continued to Friday, December 2, 2005 at 2:30 p.m. in Courtroom 10 of the United States District Court, Northern District of California, San Francisco Division, before the Honorable Susan Illston.

Dated: October _____, 2005



THE HONORABLE SUSAN ILLSTON

GRANTED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA